EVA S. GOODE v. MAIDEN CHAIR COMPANY ET AL.

(Filed 17 February, 1932.)

APPEAL by defendant, R. B. Killian, from *Moore, J.,* at July Term, 1931, of LINCOLN.

Civil action to recover on a promissory note made by Maiden Chair Company and endorsed by R. B. Killian and others, instituted 28 March, 1930, and judgment by default, for the want of an answer, entered 12 May, 1930.

Thereafter, on 29 June, 1931, R. B. Killian lodged a motion to vacate the judgment on the ground that "no prosecution bond was executed at the time of the purported summons issued." Motion overruled, and movant appeals.

*Kemp B. Nixon for plaintiff.*
*W. H. Childs and W. A. Dennis for defendant, Killian.*

PER CURIAM. Affirmed on authority of *Brittain v. Howell,* 19 N. C., 107.

Affirmed.

––––––––––

CICERO GRUBB ET AL. v. D. O. CECIL.

(Filed 17 February, 1932.)

APPEAL by defendant from *Sink, J.,* at April Special Term, 1931, of DAVIDSON.

Civil action tried upon the following issues:

"1. Did the plaintiffs and the defendant enter into the contract as alleged in the complaint? Answer: Yes.

"2. If so, did the defendant breach said contract as alleged in the complaint? Answer: Yes.

"3. If so, what damages, if any, are the plaintiffs entitled to recover of the defendant? Answer: $500."

From a judgment on the verdict, the defendant appeals, assigning errors.

*H. R. Kyser for plaintiffs.*
*Walser & Walser, Phillips & Bower and Walser & Casey for defendant.*